**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   : No. 679 MAL 2014
:
               Respondent      :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v.              :
:
:
:
STEPHEN H. STETLER,         :
:
              Petitioner       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of January, 2015, the Petition for Allowance of Appeal

is **DENIED**.